UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA HAYRE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORWARD AIR, INC., et al.,<br><br>  Defendants. | No. 2:19-cv-02473-KJM-KJN<br><br>ORDER APPOINTING GUARDIANS AD LITEM |

The court having considered the petitions of F.H., ECF No. 2, and M.H., ECF No. 3, for the appointment of Sierra Hayre as guardian ad litem for F.H. and M.H., respectively, who are both minors, and good cause appearing therefore, IT IS HEREBY ORDERED that Sierra Hayre be, and she is, hereby appointed as guardian ad litem for F.H. and for M.H., both plaintiffs in the above-entitled action. Sierra Hayre is authorized to institute and prosecute the action mentioned in the petition.

This order resolves ECF Nos. 2 & 3.

DATED: April 7, 2020

CHIEF UNITED STATES DISTRICT JUDGE